**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE**


**United States of America**

   **v.**                                            Case No. 05-cr-69-01-PB

**Michelle Olivieri**


**O R D E R**

Defendant has moved through counsel to continue the September 7, 2005 trial in the above case, citing the need for additional time to complete discovery and prepare a defense. The government does not object to a continuance of the trial date.

Accordingly, for the above reason and to allow the parties additional time to properly prepare for trial, the court will continue the trial from September 7, 2005 to December 6, 2005. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The court will hold a final pretrial conference on November 28, 2005 at 4:00 p.m.

SO ORDERED.

                                                /s/Paul Barbadoro
                                                Paul Barbadoro
                                                United States District Judge

August 26, 2005

cc:  Bjorn Lange, Esq.
     William Morse, AUSA
     United States Probation
     United States Marshal